AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America | ) Case: 1:23-mj-00048 |
| --- | --- |
| v. | ) Assigned To : Harvey, G. Michael |
| Jay Kenyon | ) Assign. Date : 2/28/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Jay Kenyon__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. §§ 1512(c)(2)- Obstruction of an Official Proceeding
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: __02/28/2023__                                    G. Michael Harvey *(Digitally signed by G. Michael Harvey, Date: 2023.02.28 11:21:08 -05'00')*

*Issuing officer's signature*

City and state:     __Washington, D.C.__          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __2/28/23__, and the person was arrested on *(date)* __3/2/23__
at *(city and state)* __Charlottesville, Virginia__

Date: __3/9/23__                                     __Mary Ec[...]__
*Arresting officer's signature*

__Mary Echols - Special Agent__
*Printed name and title*