UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 23-mj-00048-HGM |
| ) | |
| **JAY KENYON** ) | |
| ) | |
| **Defendant** ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Jay Kenyon


Dated: March 11, 2023          Respectfully Submitted,

                                            /s/ William L. Shipley
                                            William L. Shipley, Jr., Esq.
                                            PO BOX 745
                                            Kailua, Hawaii 96734
                                            Tel: (808) 228-1341
                                            Email: 808Shipleylaw@gmail.com

                                            *Attorney for Defendant*