IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :   Case No. 1:23-mj-48 |
| JAY KENYON, | : |
| Defendant. | : |
| _____ | : |

## MOTION TO WITHDRAW AS COUNSEL

Abigail M. Thibeault, Assistant Federal Public Defender, requests approval to withdraw as counsel of record for Defendant Jay Kenyon and states:

1. Counsel seeks to withdraw as counsel of record for Mr. Kenyon because he has requested that William Shipley represent him instead. Mr. Shipley appeared in this case on March 11, 2023. ECF No. 8.

WHEREFORE, Counsel requests that the Court enter an order authorizing Counsel to withdraw as counsel of record for Mr. Kenyon and for such further relief as the Court deems appropriate.

Respectfully submitted,

/s/Abigail M. Thibeault
Abigail M. Thibeault
Assistant Federal Public Defender
Maryland Atty ID 1803010004

Office of the Federal Public Defender
401 E. Market Street, Suite 106
Charlottesville, VA 22902
Ph. (434)220-3388
Fax (434)220-3390
abigail_thibeault@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                          /s/Abigail M. Thibeault
                                          Assistant Federal Public Defender